JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE IVAN RENE MORE,<br><br>　　　　Debtor,<br>_____<br><br>IVAN RENE MOORE,<br><br>　　　　Appellant,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Appellees.<br>_____ | Case No. CV 20-5733 FMO<br><br>　BK Case No. 17-12071 MB<br>　Adv. Case No. 17-1088 MB<br><br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 12th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　United States District Judge